# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**Brenda Liz Rodriguez**

    Plaintiff

vs.      **CASE NUMBER:** 5:20-cv-735 (ML)

**Kilolo Kijakazi**
Acting Commissioner of Social Security

    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's motion for judgment on the pleadings (Dkt. No. 19) is DENIED. Defendant's motion for judgment on the pleadings (Dkt. No. 20) is GRANTED. The Commissioner's decision denying Plaintiff Social Security benefits is AFFIRMED. 4) Plaintiff's Complaint (Dkt. No. 1) is DISMISSED.

All of the above pursuant to the order of the Honorable Miroslav Lovric, dated the 3rd day of March, 2022.

DATED: March 3, 2022

           _____
           Clerk of Court

           s/Kathy Rogers
           Deputy Clerk